

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00379-CR

Terri Lynn **CRESPO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-12-0832
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2014.

_____
Rebeca C. Martinez, Justice